1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL NEAL MILLER,                        No.  2:21-cv-01981-DC-EFB (PC)

12              Plaintiff,

13         v.                                      ORDER

14    RUBY CARTER, et al.,

15              Defendants.

16

17
         Plaintiff is a state prisoner proceeding without counsel in this action brought under 42
18
U.S.C. § 1983.  He seeks an extension of time to respond to defendants' March 13, 2025 motion
19
for summary judgment.  ECF No. 61.
20
         The motion is GRANTED, and plaintiff shall file his response to the motion for summary
21
judgment on or before May 1, 2025.
22
         So ordered.
23

24
Dated: April 7, 2025
25                                                 EDMUND F. BRENNAN
                                                   UNITED STATES MAGISTRATE JUDGE
26

27

28

1